FILE COPY



# COURT OF APPEALS

| | | |
|---|---|---|
| CATHERINE STONE | FOURTH COURT OF APPEALS DISTRICT | KEITH E. HOTTLE |
| CHIEF JUSTICE | CADENA-REEVES JUSTICE CENTER | CLERK OF COURT |
| KAREN ANGELINI | 300 DOLOROSA, SUITE 3200 | |
| SANDEE BRYAN MARION | SAN ANTONIO, TEXAS 78205-3037 | |
| MARIALYN BARNARD | WWW.4THCOA.COURTS.STATE.TX.US | TELEPHONE |
| REBECA C. MARTINEZ | | (210) 335-2635 |
| PATRICIA O. ALVAREZ | | |
| LUZ ELENA D. CHAPA | | FACSIMILE NO. |
| JUSTICES | | (210) 335-2762 |

January 6, 2014

Mary Samaniego
1620 Cypress
San Marcos, TX 78666

Robert Samaniego
TDCJ # 1566425
815 12st
Huntsville, TX 78348

RE:     Court of Appeals Number:   04-13-00519-CV
        Trial Court Case Number:   12-0784-CV
        Style:  Robert Samaniego
                   v.
                Mary Samaniego

  Enclosed please find the order which the Honorable Court of Appeals has issued in reference to the above styled and numbered cause.

  If you should have any questions, please do not hesitate to contact me.

       Very truly yours,
       KEITH E. HOTTLE, CLERK

       Elizabeth Montoya
       Deputy Clerk, Ext. 53857

cc: Debra Crow
Phyllis A. Bush

FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

January 6, 2014

No. 04-13-00519-CV

Robert **SAMANIEGO**Robert Samaniego,

v.

Mary **SAMANIEGO,**
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 12-0784-CV
Honorable W.C. Kirkendall, Judge Presiding

# O R D E R

Appellee's brief is currently due January 15, 2014. On January 2, 2013, appellee filed a motion asking this court for a 90-day extension of time to file her brief. We **GRANT** appellee's motion in part and **DENY** appellee's motion in part. We **GRANT** appellee a 60-day extension of time to file the brief. Accordingly, appellee's brief is due **on or before March 17, 2014.**

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of January, 2014.

_____
Keith E. Hottle
Clerk of Court

